

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-12-00354-CV |
| Trial Court Cause Number: | 0522806 |
| Style: | CMA-CGM (America), INC |
| | **v** Empire Truck Lines, INC |
| Date motion filed[*]: | August 22, 2013 |
| Type of motion: | Motion for Rehearing |
| Party filing motion: | Appellant CMA-CGM (America), Inc. |
| Document to be filed: | no |

Is appeal accelerated? ☐ YES   ☒ NO

Ordered that motion is:

☐ Granted

   If document is to be filed, document due: _____

   ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
   ☐ Acting individually   ☒ Acting for the Court

Panel consists of  Chief Justice Radack, and Justices Higley and Brown

Date: January 23, 2014